W____ S_+_ 5/17/06
NP____

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 MAY 17 PM 12: 25

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br>v.<br>NORMAN WESLIN,<br>                Defendant. | 8:06CR 165<br>**INDICTMENT**<br>[18 U.S.C. § 248(a)(1) &<br>18 U.S.C. § 248(b)(2)] |

**JUDGE SMITH CAMP**

**MAGISTRATE JUDGE GOSSETT**

The Grand Jury charges:

<u>COUNT I</u>

On or about the 24th day of April, 2006, in the District of Nebraska, the defendant, NORMAN WESLIN, by force, threat of force and physical obstruction, did intentionally intimidate and interfere with and attempt to intimidate and interfere with employees of the Bellevue Health Clinic, d/b/a Abortion and Contraception Clinic of Nebraska from providing reproductive health services and patients of said clinic from obtaining reproductive health services in that the defendant, NORMAN WESLIN, did : (a) enter the clinic building and leaned against a doorway thereby preventing entry to and exit from the clinic building; (b) sit in front of the door making it difficult for employees and patients to get around him to enter the clinic; and ( c) screamed at patients telling them not to enter the clinic.

In violation of Title 18, United States Code, Sections 248(a)(1) and 248(b)(2).

A TRUE BILL ████████

FOREPERSON

MICHAEL G. HEAVICAN
United States Attorney

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

DOUGLAS R. SEMISCH
Assistant U.S. Attorney